# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH D. CLEMENTS,<br><br>    Defendant. | Case No. 2:98-cr-00402-LDG<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Defendant Joseph D. Clements' Motion Pursuant to 18 U.S.C. §3582(c) for Modification of Term of Imprisonment (#167) is DENIED.

DATED this 16 day of February, 2012.

_____
Lloyd D. George
United States District Judge